# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)        8:05CR288<br>vs. )<br>)        ORDER<br>DWAYNE YOUMANS, )<br>)<br>Defendant. ) | |

      Before the court is Attorney Jon S. Natvig's Motion to Withdraw [11] as counsel for the defendant.  On August 2, 2005, Attorney Michael J. Poepsel entered an Appearance of Counsel [10].  For that reason, the Motion to Withdraw [11] will be granted and Mr. Natvig will be deemed withdrawn as attorney of record.

      IT IS SO ORDERED.

      DATED this 4th day of August, 2005.

                                          BY THE COURT:

                                          s/ F. A. Gossett
                                          U.S. Magistrate Judge